IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID L MCRAE,

    Plaintiff,

v.                                             CASE NO. 4:12-cv-541-WS-GRJ

J WILLIAMS
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

    The Court denied Plaintiff's motion for preliminary injunction and ordered him to file a complaint on the Court's form and a motion for leave to proceed as a pauper on or before November 16, 2012. When Plaintiff failed to comply, the Court ordered him to show cause on or before December 14, 2012, as to why this case should not be dismissed for failure to prosecute and failure to comply with an order of the Court. Plaintiff was warned that failure to respond would result in a recommendation that this case be dismissed. Doc. 4. As of the date of this Report, Plaintiff has failed to respond.

    Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

    **IN CHAMBERS**, at Gainesville, Florida, this 18th day of December 2012.

                                  *s/ Gary R. Jones*
                                  GARY R. JONES
                                  United States Magistrate Judge

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.